# United States District Court
for the
## WESTERN DISTRICT OF TEXAS

FILED

JAN 20 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

### Report on Offender Under Supervision

Name of Offender: Joey Longoria Garza                               Case Number: DR-02-CR-686(1)

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: November 20, 2003

Original Offense: 21 U.S.C. § 841 (a)(1) & (b)(1)(C)- Possession of Cocaine with Intent to Distribute

Original Sentence: 120 months imprisonment followed by a 3 year term of supervised release

Type Of Supervision: Supervised Release                Date Supervision Commenced: November 9, 2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition:** The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision |
| | **Mandatory Condition No. 2:** The defendant shall not illegally possess a controlled substance. |
| | **Standard Condition No. 7.** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | On December 19, 2011, the offender Joey Longoria Garza, submitted a sweat patch which tested positive for cocaine. On January 5, 2012, the offender admitted to the use of cocaine. |
| 2. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime.** |
| | On January 5, 2012, the offender Joey Longoria Garza was taken into custody by the Dimmit County Sheriff's office for Disorderly Conduct. A booking sheet from the sheriff's office states the offender spent the night in jail and was released in the morning with no bond set. |
| | The offender stated he was going to his ex-wife's house to visit his children when her boyfriend and the offender had a verbal confrontation. The offender stated he left the residence before it became physical. As he drove away, he was stopped by the Dimmit County Sheriff's Department because his ex-wife's boyfriend called the police and stated the offender threatened him. The offender denies threatening anyone. |

U.S. Probation Officer Action:

It is respectfully recommended no adverse action be taken at this time. The offender admitted to the use of cocaine when confronted about the positive sweat patch and he called the Probation Office to advise about his arrest in a timely manner. Mr. Garza was advised his random urinalysis will be increased and he will continue to participate in substance abuse treatment.

Approved:

_____
Diane Marie Rodriguez
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
Edward Lopez Jr.
U.S. Probation Officer,
Date:  January 17, 2012
Telephone #: 830-703-2089, ext. 228

cc: Susan Contreras, ADCUSPO

__✓__ Approved as submitted.

_____ Submit a Request for Modifying the Conditions or Term of Supervision.

_____ Submit a Request for Warrant or Summons.

_____ Other

_____
Alia Moses
United States District Judge

_____
1-20-12
Date