◇AO 442    (Rev. 10/03) Warrant for Arrest    (Rev. 9/05 WDTX)

# UNITED STATES DISTRICT COURT

Western District of Texas

FILED
2012 FEB 24  PM 4:51
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
_____ DEPUTY

UNITED STATES OF AMERICA

V.

JOEY LONGORIA GARZA

**WARRANT FOR ARREST**

Case Number: DR-02-CR-686 (01)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JOEY LONGORIA GARZA
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED COPY)

U.S. MARSHAL
W/TX
FEB 23 2012
WARRANTS
DEL RIO, TEXAS

in violation of Title(s) _____   United States Code, Section(s)   Please see attached Indictment

C. Rodriguez
Name of Issuing Officer

U.S. Deputy Clerk
Title of Issuing Officer

DATE ISSUED:    2/23/2012

Bail fixed at $ _____    by

[signature] C.R.
Signature of Issuing Officer

2/23/2012                         Del Rio, TX
Date and Location

U.S. District Judge Alia Moses
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dimmit County, TX

| DATE RECEIVED  2-23-12 | NAME AND TITLE OF ARRESTING OFFICER  Mark Martinez DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST  2-24-12 | | |